UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RICARDO VELASQUEZ,

Plaintiff,

-v-

UBER CAFFE, LLC; and 116 LLC,

Defendants.

26-cv-7498 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

On November 13, 2026, the parties in the above-captioned case informed the Court that they had reached a settlement in principle. Accordingly, the Court hereby dismisses this case with prejudice, with leave to any party to move within 90 days from the date hereof to reopen the case if the settlement is not fully effectuated.

SO ORDERED.

New York, New York
November 16, 2026

JED S. RAKOFF, U.S.D.J.